UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　BOBBY LESLIE PUCKETT<br><br>　　　　　　　　　　　　Debtor | CASE NO: 07-35311<br>　　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055559**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 5 | WELLS FARGO BANK NA/WELLS FARG<br>HOME MORTGAGE/ATTN BK PMT PROC<br>1 HOME CAMPUS MAC#2302-04C<br>DES MOINES, IA  50328 | 24.61 |

　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　　　　Dated: 1/10/2011

Certificate of Service 07-35311

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BOBBY LESLIE PUCKETT
450 KETCHAM STREET
DAYTON, OH  45431

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(88.1n)
ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(1069.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(74.1n)
HOUSEHOLD BANK ECAST CORP
% BASS & ASSOCIATES
3936 E FT LOWELL RD SUITE 200
TUCSON, AZ  85712

(87.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(5.3)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45202

(73.1n)
STEVEN H PATTERSON
FOR WELLS FARGO BANK
BOX 5480
CINCINNATI, OH  45201

(5.1)
WELLS FARGO BANK NA/WELLS FARG
HOME MORTGAGE/ATTN BK PMT PROC
1 HOME CAMPUS MAC#2302-04C
DES MOINES, IA  50328

(86.1n)
WORLD FINANCIAL NETWORK NATL
% WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv